**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVAN BALTAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN PFIEFFER, et al.,<br><br>　　　　　Defendants. | Case No.: 1:24-cv-01278 JLT BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANT SHERMAN<br><br>(Doc. 10) |

Evan Baltas seeks to hold the defendants—including the warden of Wasco State Prison, several correctional officers, and medical providers— liable for violations of his rights arising under federal and state law for while he was incarcerated at Wasco State Prison. (*See* Doc. 1.) The magistrate judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff stated a cognizable claim for excessive force against Defendant Nunez. (Doc. 7 at 4-11.) However, the magistrate judge determined that Plaintiff failed to state a claim against any of the other defendants arising under federal law. (*See id*.) In addition, the magistrate judge found Plaintiff failed to comply with the Government Claims Act, as required for his tort claims arising under state law. (*Id.* at 9-10.) In response to the Screening Order, Plaintiff indicated his willingness to proceed only on the cognizable claim. (Doc. 8.)

Following receipt of the notice from Plaintiff, the magistrate judge reiterated the findings made in the Screening Order and recommended the action proceed only on the cognizable claim.

(Doc. 10 at 4-11; *see also id.* at 11.) In addition, the magistrate judge recommended the Court dismiss all other claims and defendants in the complaint. (*Id.* at 11.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 10 at 11.) The Court advised him that the "failure to file any objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.* at 12, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court conducted a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on May 7, 2025 (Doc. 10) are **ADOPTED** in full.
2. This action **PROCEEDS** only on Plaintiff's claim against Defendant D. Nunez for excessive force in violation of the Eighth Amendment.
3. All other claims and defendants are **DISMISSED** from this action for failure to state a claim.
4. The Clerk of Court is directed to update the docket.

IT IS SO ORDERED.

Dated:   **June 12, 2025**

UNITED STATES DISTRICT JUDGE