UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN BALTSAS,<br><br>                Plaintiff,<br><br>        v.<br><br>PFIEFFER, *et al.*,<br><br>                Defendants. | Case No.: 1:24-cv-01278-JLT-BAM (PC)<br><br>ORDER THAT INMATE EVAN BALTSAS IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Evan Baltsas is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on January 7, 2026. Inmate Evan Baltsas, CDCR #BX-8405, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **January 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge