# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN BALTSAS,<br><br>              Plaintiff,<br><br>     v.<br><br>PFIEFFER, *et al.*,<br><br>              Defendants. | Case No.  1:24-cv-01278-JLT-BAM (PC)<br><br>ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(ECF No. 35) |

Plaintiff Evan Baltsas ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's complaint against Defendant D. Nunez for excessive force in violation of the Eighth Amendment.

Currently before the Court is a stipulation for dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed by defense counsel on June 19, 2026.  (ECF No. 35.)  The stipulation is signed and dated by Plaintiff and counsel for Defendant and indicates that each party shall bear its own litigation costs and attorneys' fees.

Accordingly, this action is terminated by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 23, 2026**                          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE